1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Cozy Comfort Company LLC, | |
| Plaintiff, | |
| v. | No. 2:21-cv-00310-MHB |
| Davie Clothing Pty Ltd, and Bedabox LLC, | |
| Defendants. | **ORDER OF DISMISSAL** |
| Davie Clothing Pty Ltd, | |
| Counterclaimant, | |
| v. | |
| Cozy Comfort Company LLC, | |
| Counterdefendant. | |

HAVING REVIEWED the Stipulation of Dismissal filed by the parties on December 22, 2021 (Doc 70), and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

IT IS HEREBY ORDERED that this action is dismissed in its entirety with prejudice as to all claims, counterclaims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated this 23rd day of December, 2021.

_____
Honorable Michelle H. Burns
United States Magistrate Judge

{05975976 / 2}